<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FINBARR NOTTE,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>NEW SUSHI, LLC and THE MURAL & WALL PRINTING COMPANY, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 22cv6394 (EP) (JBC)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on Plaintiff Finbarr Notte's ("Notte") unopposed motion for default judgment against Defendant New Sushi, LLC d/b/a Sushi Lounge ("New Sushi"), pursuant to Fed. R. Civ. P. 55(b)(2), D.E.s 17 & 18; and the Court having considered Notte's submissions; for the reasons stated in the accompanying Opinion;

**IT IS** on this 5th day of July, 2023,

**ORDERED** that Notte's motion for default judgment against New Sushi, D.E.s 17 & 18, is **GRANTED** as to New Sushi's liability; and it is finally

**ORDERED** that the Court reserves its determination as to damages owed by New Sushi until the conclusion of Notte's pending claims against Mural & Wall in this action.

Dated: July 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Evelyn Padin, U.S.D.J.